

**Paul-Kenneth: Cromar.**

the secured party of the name "PAUL KENNETH CROMAR",

c/o 9870 N. Meadow Drive

Cedar Hills, Utah-State: uSA [84062]

FILED US District Court-UT
SEP 04 '20 PM 04:15

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| Paul-Kenneth: Cromar,<br>    Plaintiff,<br><br>v.<br><br>Kraig J. Powell,<br>    Defendant. | Case: 2:20-cv-00625<br>Assigned To : Romero, Cecilia M.<br>Assign. Date : 9/4/2020<br>Description: Cromar v Powell<br><br>**Civil Claim** |

## Civil Complaint

1.    Comes now, Paul-Kenneth: Cromar, sui juris, a living breathing man upon the land man in the Original Jurisdiction, stating the following claims against the Defendant, Kraig J. Powell, the living breathing man, who at times acts as a "judge" in Utah Fourth District Court in Provo:

### INTRODUCTION

2.    NOTICE. The term "Original Jurisdiction" herein, and as in all other documents issued by **Paul-Kenneth: Cromar**, always means the constitution for the united States of America, anno Domini 1787, and articles of amendment anno Domini 1791.

3.      The fraud and felony described hereafter occurred within the federal jurisdiction of this the federal UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION, as a literal attempted theft of the Plaintiff's Life, Liberty and Property, specifically the Plaintiff's home at the 9870 N. Meadow Drive, near the Cedar Hills of Utah state, contrary to lawful powers and rights protected by the Constitution, in or around the Utah state's FOURTH JUDICIAL DISTRICT COURT, UTAH COUNTY, STATE OF UTAH in Provo and the Plaintiff's home in Cedar Hills, Utah.

4.      Great HARM and compromise of Plaintiff's Life, Liberty and Property and Pursuit of Happiness has been endangered through legal threats and terroristic actions that have been perpetrated by a long string of government employees since January 2018. Mr. Kraig J. Powell's recent actions are the most recent and most dangerous and have been done despite by his own ADMISSION described herein while acting under the color of law. The United States Department of Justice has published a "Deprivation Of Rights Under Color Of Law" declaration, which defines deprivation of rights and penalties, which applies to Him, and includes the following:

> "Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States
>
> "… **The offense is punishable by a range of imprisonment up to a life term, or the death penalty**, depending upon the circumstances of the crime, and the resulting injury, if any."
>
> (emphasis added. See EXHIBIT A also available at the United States Department of Justice website at … https://www.justice.gov/crt/deprivation-rights-under-color-law )

5.      Often, the, "Persons acting under color of law within the meaning of this statute [Title 18 Section 242] include police officers, prisons guards and other law enforcement officials, **as well**

as **JUDGES**, care providers in public health facilities, and others who are acting as **public officials**. ...," (emphasis added – See again *Exhibit A*) , attempt to hide behind a false and unlawful declaration of "federal immunity". However, two Supreme Court findings prove that those acting outside of the law under which they exercise authority over *We the People*, strips the offending official naked before the law and exposes such people to the full force of law and related penalties. "Immunity" for government officials is a false and deceitful legal claim, as highlighted in these two Supreme Court findings:

"Under the Clearfield Doctrine, derived from the 1943 Supreme Court Decision in Clearfield Trust, et al. vs. United States, (328 U.S. 363, 318), the court ruled, in essence, that **when a government reduces itself to a corporate status, it becomes merely another corporation, having no more nor less standing than all other corporations.**" *(see Exhibit B, page 13, item 13.)*

"The UNITED STATES Supreme court in 2000 ruled, Bond vs. UNITED STATES 529 US 334-2000, held that the people are in fact Sovereign and not the STATES or government. The court went on to define that **local, STATE and FEDERAL law enforcement officers are committing unlawful actions against the Sovereign people by the enforcement of laws and are personally liable for their actions.**" *(see Exhibit B, page 13, item 14.)*

6.      While the heinous crimes of fraud and swindle in dishonor described hereafter are worthy of prosecution by the US Attorney and the execution of an arrest of the living man, Mr. Kraig J. Powell by US MARSHALS, this **Civil Claim** is not for damages and penalties outlined in the **PUBLIC NOTICE, DECLARATIONS, MANDATES, AND LAWFUL PROTEST** (hereafter "PUBLIC NOTICE" - see *Exhibit B*) describes, whose penalties and amounts are ever accruing daily and by the minute as detailed herein.

### UNREBUTTED FACTS SURROUNDING THIS CLAIM:

7.      An unlawful attempt to facilitate and formalize a fraudulent Complaint filed by a MR. NATHAN S. DORIUS (BAR #8977) who could not or would not in open court prove or provide

he had a lawful "subscribed oath on the record as required by Utah law to act the lawful capacity as an attorney. The COPPER BIRCH PROPERTIES LLC filing was done fraudulently, and was identified as such on the record, requiring "immediate dismissal" of the case. His silence was MR. DORIUS' agreement as he offered NO REPLY on the record of the court. Ignoring that requirement of the court, Mr. Kraig J. Powell, acting in his capacity as a "judge", continued under the **color of law,** which concluded with his ruling to "RESTORE" the Cromar home to COPPER BIRCH who had NEVER lawfully making "restoration" factually impossible.

8.  This is a civil CLAIM timely brought by Paul-Kenneth: Cromar., against the living breathing man, Kraig J. Powell, to unlawful action he has agreed he has committed outside of lawful authority, exposing him to the CIVIL CLAIM herein.

9.  On Friday, August 21, 2020, at exactly 1:16 pm, Mr. Kraig J. Powell was provide his first of two Services of **PUBLIC NOTICE** (see *Exhibit B*); the first hand-delivered at his place of employ at FOURTH JUDICIAL DISTRICT COURT, UTAH COUNTY, STATE OF UTAH at 137 North Freedom Blvd in Provo of the Utah state, through the office of the clerk for personal delivery to Mr. Powell. His second Service the **PUBLIC NOTICE** was provided via USPS Certified Return Receipt #7019 2280 0000 3189 5205, which Mr. Powell received on August 26, 2020 at 10:58 am. NO timely response, as allowed therein, was received by Plaintiff establishing Mr. Powell's AGREEMENT to the contents therein.

10.  On Friday, August 29, 2020, Mr. Kraig J. Powell was sent a NOTICE OF ACCEPTANCE OF AGREEMENT, AND INTENT TO COLLECT (see *Exhibit C*) provided via USPS Certified Return Receipt #7019 2280 0000 3189 5274 received on August 31, 2020 at 11:06 am. Again, NO timely response as allowed therein was received by Plaintiff, establishing Mr. Powell's AGREEMENT to the contents therein.

11.  The attached *Exhibit D* provides PROOF OF SERVICE of *Exhibits B and C* via USPS Certified Return Receipt documentation establishing the foundation of this lawful CIVIL CLAIM.

12.   The lawful remedies to this CIVIL CLAIM are provided in great detail in the **PUBLIC NOTICE,** with one additional one demand of one silver dollar in lawful money as described in the Constitution for each and every minute from the EXACT minute of this court's SUMMONS is Serviced to Mr. Kraig J. Powell until such time as this CIVIL CLAIM is resolved and paid in FULL.

---

### FOR THE AFFIDAVIT IS OF THE TRUTH:

FOR THE Secured Parties **ARE** FOR THE AFFIRMATION OF

THE DECLARATION OF THE

TRUTH BY THE FIRSTHAND KNOWLEDGE OF THE FACTS:

| | |
|---|---|
| **Utah** County            ) | Asseveration |
| **Utah** Republic          ) | L.S. by: Paul-Kenneth: C |
| united States of America ) | Signed only in correct public capacity |
| | As beneficiary to the Original Jurisdiction. |

Date:   September 4, 2020

© 2020 Paul-Kenneth: Cromar™  – CIVIL CLAIM – KRAIG J. POWELL – #PKC2200820K5j23POWELL                      5