UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| PAUL KENNETH CROMAR,<br><br>Plaintiff,<br><br>v.<br><br>KRAIG J. POWELL,<br><br>Defendant. | **ORDER GRANTING MOTION TO STAY BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOC. NO. 23)**<br><br>Case No. 2:20-cv-00625-DBB-DAO<br><br>Judge David Barlow<br><br>Magistrate Daphne A. Oberg |

Before the court[1] is Defendant Kraig J. Powell's Motion to Stay Briefing on Plaintiff's Motion for Summary Judgment Pending Resolution of Defendant's Motion to Dismiss (Doc. No. 23). Defendant's Motion to Dismiss (Doc. No. 7) has been fully briefed and raises the defenses of judicial immunity and abstention under the *Younger* doctrine. For good cause shown, the court GRANTS the motion to stay (Doc. No. 23) and STAYS briefing on Plaintiff's Motion for Summary Judgment (Doc. No. 22) pending the resolution of Defendant's Motion to Dismiss (Doc. No. 7).

DATED this 9th day of March, 2021.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge

---

[1] On November 13, 2020, the district judge referred this case to the undersigned magistrate judge under 28 U.S.C. § 636(b)(1)(B). (Doc. No. 15.)