UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| PAUL KENNETH CROMAR,<br><br>    Plaintiff,<br><br>v.<br><br>KRAIG J. POWELL,<br><br>    Defendant. | ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND STAY OF DISCOVERY (DOC. NO. 6)<br><br>Case No. 2:20-cv-00625-DBB-DAO<br><br>Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is Defendant's Motion for Protective Order and Stay of Discovery (Doc. No. 6), seeking to stay discovery pending a ruling on Defendant's Motion to Dismiss (Doc. No. 7). No opposition was filed. The undersigned has issued a Report and Recommendation (Doc. No. 28) recommending the district judge grant the motion to dismiss and dismiss this case with prejudice. Based on this, the Motion for Protective Order and Stay of Discovery (Doc. No. 6) is GRANTED and discovery is STAYED pending the district judge's ruling on the Report and Recommendation.

DATED this 12th day of April, 2021.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge