THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| PAUL KENNETH CROMAR,<br><br>    Plaintiff,<br><br>v.<br><br>KRAIG J. POWELL,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-cv-00625-DBB-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

IT IS ORDERED AND ADJUDGED that Defendant's Motion to Dismiss[1] is granted, and the action is dismissed with prejudice. The clerk of court is directed to close this case.

Signed April 28, 2021.

BY THE COURT

_____
David Barlow
United States District Judge

---

[1] ECF No. 7, filed September 29, 2020.